# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALGY, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 22-cv-2489 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.

Dated: September 21, 2022

      *s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

and

/s/ *Matthew A. Keilson*
Ryan D. Watstein*
GA Bar No. 266019
Matthew A. Keilson*
GA Bar No. 216676
**Kabat Chapman & Ozmer LLP**
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300

>Facsimile: (404) 400-7333
>rwatstein@kcozlaw.com
>mkeilson@kcozlaw.com
>*Admitted *pro hac vice*
>
>*Counsel for Defendant Realgy, LLC*

## CERTIFICATE OF SERVICE

On September 13, 2022 the undersigned filed the foregoing on the Court's CM/ECF system.

>*s/ Anthony Paronich*
>Anthony Paronich